

# Fourth Court of Appeals
## San Antonio, Texas

March 16, 2021

No. 04-21-00075-CR

Aaron Isaac **BENAVIDEZ,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. NM582054
Honorable Ron Rangel, Judge Presiding

# O R D E R

Appellant attempts to appeal the trial court's order dismissing a criminal action against him. The dismissal order was signed on November 16, 2020. Appellant's notice of appeal was due on December 16, 2020. *See* TEX. R. APP. P. 26.2(a)(1) (providing that, absent a timely motion for new trial, a defendant's notice of appeal is due within 30 days after the trial court enters an appealable order). A motion for extension of time to file a notice of appeal was due on December 31, 2020. *See* TEX. R. APP. P. 26.3. The record shows appellant did not file his notice of appeal until February 24, 2021.

A timely notice of appeal is necessary to invoke this court's jurisdiction. *Slaton v. State*, 981 S.W.2d 208, 210 (Tex. Crim. App. 1998); *Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996). A late notice of appeal may be considered timely so as to invoke our jurisdiction if (1) it is filed in the trial court within fifteen days of the last day allowed for filing; (2) a motion for extension of time is filed in the court of appeals within fifteen days of the last day allowed for filing the notice of appeal; and (3) the court of appeals grants the motion for extension of time. TEX. R. APP. P. 26.3. Appellant has not met these requirements.

We, therefore, ORDER appellant, to show cause on or before **March 30, 2021** why this appeal should not be dismissed for lack of jurisdiction. All appellate deadlines are suspended until further order of the court.



Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of March, 2021.

MICHAEL A. CRUZ, Clerk of Court